IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LANCE LEE JAMES CASPER,

    Plaintiff,

v.

C.O. THOM-HOUGH,

    Defendant.

ORDER

Case No. 18-cv-885-bbc

---

LANCE LEE JAMES CASPER,

    Plaintiff,

v.

C.O. HUBNA AND S.T.G. BENGER,

    Defendant.

ORDER

Case No. 18-cv-910-bbc

---

Plaintiff Lance Lee James Casper, has submitted a certified inmate trust fund account statement for the six month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee in each of the above cases. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 filing fee for each of these cases.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $17.65 for each case. For these cases to proceed, plaintiff must submit this amount on or before November 30, 2018.

ORDER

IT IS ORDERED that,

1. Plaintiff Lance Lee James Casper is assessed $17.65 as an initial partial payment of the $350.00 fee for filing in each of these cases. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $17.65 for each case or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before November 30, 2018. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

2. If, by November 30, 2018, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff filing these cases at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 9th day of November, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge