IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE LEE JAMES CASPER,

    Plaintiff,

  v.

                                    Case No. 18-cv-885-bbc

C.O. THOM-HOUGH,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 01/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |